UNITED STATES DISTRICT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| EMI NETWORK, INC.,<br>                Plaintiff,<br>-vs-<br>MEDIA NETWORKS, INC.,<br>                Defendant. | Civil Action No. C-1-02-172<br><br>JUDGE HERMAN J. WEBER<br>MAGISTRATE JUDGE TIMOTHY S. HOGAN<br><br>**DEFENDANT MEDIA NETWORK, INC.'S NOTICE OF SUBSTITUTION OF COUNSEL** |

PLEASE TAKE NOTICE that the undersigned, Kirk M. Wall, Esq., DINSMORE & SHOHL, LLP, 1900 Chemed Center, 255 East Fifth Street, Cincinnati, Ohio, 45202, hereby substitutes as counsel of record in place of Timothy S. Mangan, Esq. on behalf of Defendant Media Network, Inc.

Michael S. Glassman, Esq. and Milton Williams, Esq. remain as counsel for Defendant Media Networks, Inc.

| | |
|---|---|
| /s/ *Timothy S. Mangan*<br>Timothy S. Mangan, Esq. (0069287) | /s/ *Kirk M. Wall*<br>Kirk M. Wall, Esq. (0061642)<br>DINSMORE & SHOHL LLP<br>Chemed Center, Suite 1900<br>255 East Fifth Street<br>Cincinnati, Ohio 45202<br>Phone: (513) 977-8200<br>Fax:    (513) 977-8141<br>**Counsel for Media Networks, Inc.** |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served this 7th day of January, 2004, upon Paul B. Martins, Esq., HELMER MARTINS & MORGAN CO. LPA, Fourth & Walnut Centre, Suite 1900, 105 East Fourth Street, Cincinnati, Ohio 45202-4008.

/s/ *Timothy S. Mangan*

973744v1