UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| EMI NETWORK, INC. | : | Civil Action No. C-1-02-172 |
| 617 Vine Street | : | SENIOR JUDGE HERMAN J. WEBER |
| Suite 1010 | : | |
| Cincinnati, Ohio 45202 | : | Magistrate Judge Timothy S. Hogan |
| Plaintiff/Counter-defendant | : | |
| vs. | : | |
| MEDIA NETWORKS, INC. | : | |
| One Station Place | : | |
| Stamford, Connecticut 06902 | : | |
| Defendant/Counter-claimant | : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED between the attorneys for Plaintiff/Counter-defendant EMI Network, Inc., and the attorneys for Defendant/Counterclaimant Media Networks, Inc., that the above captioned action be and is hereby dismissed with prejudice, and each party is to bear its own costs pursuant to Rule 41(a)(1), Fed. R. Civ. P.

Dated:    Cincinnati, OH
          April 2, 2004

| | |
|---|---|
| HELMER, MARTINS & MORGAN CO., L.P.A. | DINSMORE & SHOHL, LLP |
| | Per telephone authorization |
| /s/ Paul B. Martins | /s/ Michael S. Glassman          Paul B. Martins |
| Paul B. Martins (0007623) | Michael S. Glassman (0012713) |
| Robert M. Rice (0061803) | Kirk M. Wall (0061642) |
| Fourth & Walnut Centre, Suite 1900 | 1900 Chemed Center |
| 105 East Fourth Street | 255 East Fifth Street |
| Cincinnati, Ohio 45202 | Cincinnati, Ohio 45202 |
| Telephone: (513) 421-2400 | Telephone: (513) 977-8200 |
| Fax: (513) 421-7902 | Fax: (513) 977-8141 |
| | |
| Steven Sarfatti, Esq. | Milton L. Williams, Jr. |
| 1025 Thomas Jefferson St., N.W. | Associate General Counsel |
| Suite 425 West | 1271 Avenue of the Americas |
| Washington, D.C. 20007 | New York, New York 10020 |
| | |
| *Attorneys for Plaintiff/Counter-* | *Attorneys for Defendant/Counterclaimant Media Networks, Inc.* |

**IT IS SO ORDERED** this 13th day of April, 2004.

                                              S/Herman J. Weber
                                              **Herman J. Weber**
                                  **Senior United States District Judge**